C-41

## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CYNTHIA VANN-FOREMAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 17 CV 2774 |
| | ) | |
| v. | ) | Hon. Charles R. Norgle |
| | ) | |
| CANADIAN NATIONAL RAILWAY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff's complaint [1] is dismissed without prejudice. Plaintiff's *In Forma Pauperis* Application and Financial Affidavit [4] is denied without prejudice. Plaintiff's Motion for Attorney Representation [5] is denied without prejudice.

## STATEMENT

Pro se Plaintiff Cynthia Vann-Foreman ("Plaintiff") attempts to sue her former employer Canadian National Railway ("Defendant") by submitting the district court's form complaint for alleged constitutional violations. For the following reasons, Plaintiff's complaint is dismissed without prejudice. Likewise, her *in forma pauperis* application and motion for an appointed attorney are also denied without prejudice.

The Court is required to screen civil complaints docketed without payment of the Court's filing fee. See 28 U.S.C. § 1915(A). As Plaintiff's complaint is written now, it fails to state a claim upon which relief may be granted. See 28 U.S.C. § 1915(e)(2)(B). Plaintiff alleges that Defendant terminated her for violating general locomotive operating rules, but never told her which rule or rules. Plaintiff has not alleged how Defendant's act of terminating her was "'fairly attributable to the state'" or some government entity. L.P. v. Marian Catholic High School, 852 F.3d 690 (7th Cir. March 29, 2017) (quoting Lugar v. Edmonson Oil Co., 457 U.S. 922, 937 (1982)). Another deficiency is that Plaintiff checks the box to allege a conspiracy, but only names the single business entity. Therefore, Plaintiff's complaint is dismissed without prejudice.

Plaintiff's claims appears to be best-suited for the district's form complaint titled "Complaint of Employment Discrimination." Plaintiff can find this form on the "Pro Se Litigants" section of the district court's website or by contacting The Honorable William J. Hibbler Pro Se Assistance Program. The Hibbler Help Desk may be reached by visiting the Clerk's Office Intake Desk on the 20th floor of the Everett McKinley Dirksen United States Courthouse located at 219 South Dearborn Street or by calling (312) 435-5691.

Plaintiff's *in forma pauperis* application and motion for attorney representation are also denied without prejudice, which means that she is granted leave to refile them with an amended complaint. Plaintiff is warned that "[p]roceeding *in forma pauperis* is a privilege, and courts

depend on the plaintiff's honesty in assessing her ability to pay. Abusing this privilege warrants dismissal with prejudice as a sanction for lying." Lofton v. SP Plus Corp., 578 F. App'x 603, 604 (7th Cir. 2014); see also Mathis v. N.Y. Life Ins. Co., 133 F.3d 546, 547 (7th Cir. 1998) (en banc) (failure to truthfully answer all of the questions on the financial affidavit is grounds for dismissal under 28 U.S.C. § 1915(e)(2)(A)). When submitting an amended financial affidavit, Plaintiff should take great care in answering all the questions truthfully.

For the foregoing reasons, Plaintiff's current complaint is dismissed without prejudice, and she is granted leave to refile his claim on the appropriate form complaint.

IT IS SO ORDERED.

ENTER:

CHARLES RONALD NORGLE, Judge
United States District Court

DATE: April 20, 2017

2